Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

_____ District of S.Carolina

Florence Division

FEB 14 '24 AM 10:39
RCV'D - USDC FLO SC

Case No. 9:24-cv-00781-SAL-MHC

*(to be filled in by the Clerk's Office)*

Kevin Forrest
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If
the names of all the plaintiffs cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

-v-

United States of America
_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Kevin Forrest 63433-037

Street Address FCI Williamsburg P.O. Box 340

City and County Salters, Williamsburg Co.

State and Zip Code South Carolina, 29590

Telephone Number N/A (Currently incarcerated)

E-mail Address N/A (Currently incarcerated)

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**Defendant No. 1**

    Name                Merrick Garland

                   United States of America / Attorney General

    Job or Title *(if known)*    U.S. Dept. of Justice

    Street Address          950 Pennsylvania Avenue, NW

    City and County         Washington

    State and Zip Code     District of Columbia 20530-0001

    Telephone Number     Unknown

    E-mail Address *(if known)*    Unknown

**Defendant No. 2**

    Name

    Job or Title *(if known)*

    Street Address

    City and County         N/A

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 3**

    Name

    Job or Title *(if known)*

    Street Address

    City and County         N/A

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 4**

    Name

    Job or Title *(if known)*

    Street Address

    City and County         N/A

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.     If the plaintiff is an individual

The plaintiff, *(name)* Kevin Forrest                                        , is a citizen of the State of *(name)*   South Carolina                              .

2.     If the plaintiff is a corporation

The plaintiff, *(name)*                                                     , is incorporated under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)* Merrick Garland, Attorney General (USA)   , is a citizen of the State of *(name)*   District of Columbia            . Or is a citizen of *(foreign nation)*

2.     If the defendant is a corporation

The defendant, *(name)*                                                    , is incorporated under the laws of the State of *(name)*                         , and has its principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* Jan. 24, 2023 , at *(place)* Federal Correctional Inst. Williamsburg /BOP Health Services

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)* contractor-employee /Health Services personnel Mr. Ingersol (Nurse) subjected me to an unreasonable strip search without explanation, reasonable suspicion or justification as to why I was being nakedly exposed. The same Mr. Ingersol has a recorded history of inmate complaints being filed against him for prior acts of employee misconduct. When Mr. Ingersol (Nurse) subjected me to a strip search without a reasonable cause went beyond the scope of his job description. Because Mr. Ingersol (Nurse) was acting under authorization of Atty Gen., the U.S. is the defendant.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Since my encounter with Mr. Ingersol, I have suffered anguish, emotional problems, increased levels of distrust with both inmates and staff. Now I am suspicious, or perhaps paranoid wondering when will a staff, employee, contractor or officer take such abusive powers to the next level. I now live in a perpetual state of uncertainty toward those in authority. I've since enrolled in anger management to help deal with my mental state.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I pray that this Honorable Court award a settlement of $500,000 for the mental-emotional duress I was placed under including the continual ripple-effect the inappropriate, unwarranted strip searching of my person is having on my psychological health presently.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/8/2024

Signature of Plaintiff     _K____ Jones_

Printed Name of Plaintiff     Kevin Forrest #63433-037

### B.     For Attorneys

Date of signing:     2.

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____