UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
CLERK, CHARLESTON, S
2024 SEP -5 AM 8: 52

Kevin Forrest,
Plaintiff,

V.                                  Case No. 9:24-CV-00781-SAL-MHC.
United States Of America,
Defendant.

PLAINTIFF'S AMENDED AND CONSOLIDATED MEMORANDUM OF LAW UNDER THE FTCA:

I - JURISDICTION AND VENUE:

1- Plaintiff Kevin Forrest ("Forrest"), prose, respectfully submits his Memorandum Brief under the Federal Tort Claims Act (FTCA). This Court has jurisdiction under 28 U.S.C. 1346(b), 2671-2680 of the FTCA.

2- Plaintiff is alleging the six jurisdictional elements of 1346 (b). Brownback v. King, 141 S.ct. 740(2021).

3- Plaintiff has complied with all pre-suit requirements of 28 U.S.C. 1346(b), 2671-2680, and 2675. Specifically, On June 27, 2023, Forrest submitted a SF-95 form to the BOP to make his administrative claim and has filed a PREA complaint to the BOP/DOJ.

-1-

4 - the District of South Carolina is an appropriate venue under 28 U.S.C. 1391 (b)(2) and (e) because a substantial part of the events or omissions giving rise to the claims occurred within this district.

5 - the United States is the proper defendant in this action pursuant to 28 U.S.C. 1346 (b)(1), 2671-80.

II - FACTUAL ALLEGATIONS:

6 - On January 24, 2023, at approximately 7:15 AM health services staff Mr. Ingersoll did with malicious aforethought, who at the time was administering insulin shots, called for me to come back to him -

7 - As I approached, I asked what he wanted. He patted me down and instructed me to empty my pockets in which I complied.

8 - Mr. Ingersoll then instructed me to sit in a chair inside the medical unit until he completed insulin line.

9 - During the waiting period, I was approached by Mrs. Harrell, PA; and Mrs. Truesdale, RN; and Ms Knox, RN. They asked what was the problem. I could only tell them "I don't know".

10 - Once Ingersoll completed insulin line, he called the compound officer to medical services. Officer "Baga" arrived.

-2-

11- I was taken into a medical examination room and ordered by Ingersoll to take my clothes off for a strip search. I asked Ingersoll numerous times why this was happening, he refused to answer each time.

12- During the strip search that took place in a closed room, Ingersoll "grabbed my nuts". He caused me scrotal pain, I told him to stop and he did, for he was aware he caused me scrotal pain-

13- There was no justification for Ingersoll's abusive and unfairly treating of me. this strip search was a malicious abuse of authority against me absent cause of wrongdoing on my part.

14- I have suffered emotional stress and this incident created a negative physiological effect on to "wit as his abusive treatment should be investigated by SIA and Internal Affairs.

15- Mr. Ingersoll did not follow the standard BOP protocol and directives in performing the strip search that occurred in a "closed" exam room. A PREA DOJ investigation has been filed and is ongoing and that afforded the agency the opportunity to investigate all of the claims at the administrative level. Due to the three lawsuits I have against health services at FCI Wil- and my mistrust of them to hurt me, I didn't get examined for my scrotal pain as I am going home on Sept. 17, 2024 and will be checked by competent outside doctor.

-3-

16 - To this date, I remain with scrotal pain when I sit down for a duration longer than 10 minutes.

17 - Plaintiff's secondary mental-emotional injury was the result of Mr. Ingersoll's assault on plaintiff, being a victim of a battery, all as retaliation to plaintiff's lawsuits against health services at FCI Williamsburg.

18 - Plaintiff brought up his complaint to the Captain at FCI Williamsburg on the compound that resulted in removing Nurse Ingersol from his duty at FCI Williamsburg and be moved to Williamsburg's camp, as he failed to follow BOP Policy not supposed to strip search in a patient exam room.

19 - there was no indication or justification whatsoever for that search absent cause of wrongdoing on behalf of the plaintiff as the search failed to follow set instructions and directives that exist in BOP Policies as set forth under Rich v. United States, 811 F. 3d 140 (4th Cir. 2015) ("the officers' performance failed to follow prescribed mandatory directives in standard operating procedures in performing a prisoner's strip search).

20 - Respectfully signed under penalty of perjury. 28 U.S.C. 1746.

21- Therefore, Plaintiff demands judgment against the defendant United states and requests Non-economic actual and compensatory damages ($500,000) plus such other relief this court deems appropriate.

Respectfully Submitted,

Kevin Forrest
# 63433-037        8-29-24
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

CERTIFICATE OF SERVICE

the Undersigned hereby certifies that he has forwarded a copy of the above instrument to the Assistant United States Attorney, via U.S. mail delived to the institution mailroom. Mailed on the 29th day of August 2024.

SERVED: Jennifer Mallory, AUSA. /S/